People v Cohen (2024 NY Slip Op 05659)

People v Cohen

2024 NY Slip Op 05659

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

545 KA 23-01573

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JACOB COHEN, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

CAMBARERI & BRENNECK, SYRACUSE (MELISSA K. SWARTZ OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (ELISABETH DANNAN OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Onondaga County Court (Theodore H. Limpert, J.), dated May 1, 2023. The order denied the motion of defendant for leave to renew and reargue the determination that defendant is a level three risk pursuant to the Sex Offender Registration Act. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in People v Cohen ([appeal No. 1] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court